COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

*Discharged*



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FORM 41
PRIVATE USE

AUSTIN

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 SEP. 16 2015

RE: WR-83,489-01

G'COBRA SMITH
TRAVIS COUNTY - TDC # 1964241
8101 FM 969
AUSTIN, TX 78724

UTF